CSG law

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

MARGARET WOOD
Member

mwood@csglaw.com

O 973.530.2063 F 973.325.1501

July 6, 2026

Application denied.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 7, 2026

***Via ECF***
The Honorable Phillip M. Halpern
United States District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

**Re: Morales v. MAX Surgical Specialty Management et al**
**Docket No.: 7:26-cv-02991**

Dear Judge Halpern:

This firm represents Defendants Max Surgical Specialty Management, LLC ("MAX") and Dr. Andrew Horowitz ("Dr. Horowitz") (collectively, "Defendants") in the above-referenced matter. We write jointly on behalf of Defendants and Plaintiff Fidelina Morales ("Plaintiff") to request an adjournment of the Initial Conference currently scheduled for July 23, 2026, and a corresponding extension of the deadline to submit the proposed Civil Case Discovery Plan and Scheduling Order, currently due July 16, 2026. The parties respectfully request that the Court adjourn the conference until after the completion of mediation pursuant to the Court's Order of Automatic Referral to Mediation ("Mediation Order") (ECF No. 14).

The parties jointly request this adjournment because this action is an employment discrimination case that is subject to the Third Amended Standing Administrative Order. Consistent with that Order, the Court entered the Mediation Order on June 15, 2026 (ECF No. 14). Pursuant to the Mediation Order, the parties are required to exchange targeted disclosures and documents set forth in the Discovery Protocols and participate in mediation within sixty (60) days of the filing of Defendants' Answer. While the docket entry serving the Mediation Order indicates that a mediator would be assigned by June 29, 2026, we were informed by the Mediation Office that they are currently in the process of identifying a mediator for this matter and will email counsel when a mediator is assigned. Accordingly, the parties intend to exchange the information required by the Discovery Protocols delineated in the Mediation Order on or before July 16, 2026, and thereafter proceed with mediation.

Following the entry of the Mediation Order, on June 29, 2026, the Court subsequently scheduled an Initial Conference for July 23, 2026 (ECF No. 17). Pursuant to that notice, the parties' proposed Civil Case Discovery Plan and Scheduling Order is presently due on July 16, 2026.

The parties respectfully submit that an adjournment of the Initial Conference is appropriate because the mediation process contemplated by the Mediation Order may resolve the case in whole or in part before the need for a discovery schedule arises. Accordingly, allowing the parties to complete the required exchange of pre-mediation discovery and participate in mediation before proceeding with the Initial Conference would promote judicial economy and conserve both party and judicial resources.

Kindly advise if this adjournment request is acceptable to Your Honor. Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Margaret Wood*

Margaret Wood
Member

MOW:gc
cc: Vanessa Castellina, Esq. (via ECF)